No. 2, original. Wisconsin et al. *v.* Illinois et al.;
No. 3, original. Michigan et al. *v.* Illinois et al.; and
No. 4, original. New York et al. *v.* Illinois et al. March 4, 1940. The return to the rule to show cause is

received and ordered filed and the cause is assigned for argument on Monday, March 25 next, on the petition for temporary modification of the decree and the return to the rule to show cause.